AGNES SOWLE, COUNTY ATTORNEY
FOR MULTNOMAH COUNTY, OREGON
Stephen L. Madkour
Assistant County Attorney
501 SE Hawthorne Blvd., Suite 500
Portland, Oregon 97214
Telephone Number: (503) 988-3138
Facsimile Telephone Number: (503) 988-3377
Internet E-mail Address: stephen.l.madkour@co.multnomah.or.us
Oregon State Bar Number 94109
    Of Attorneys for Defendants/Third-Party Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| FARASHA THOMPSON, as Personal Representative of the Estate of CLAUDIA RHONE, deceased,<br><br>    Plaintiff,<br><br>v.<br><br>CARMEN MONTANO, in her individual capacity as a Probation/Parole Officer for Multnomah County, and MULTNOMAH COUNTY, a municipal corporation,<br><br>    Defendants/Third-Party Plaintiffs,<br><br>v.<br><br>GILBERTO PEDROSO,<br><br>    Third-Party Defendant.. | Civil Case No: CV '08-487 PK<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE<br><br>Fed. R. Civ. P. 41(a)(1) |

Page 1 – STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

This case having been fully compromised, pursuant to Fed. R. Civ. P. 41(a)(1), plaintiff and defendants/third-party plaintiffs Carmen Montano and Multnomah County stipulate to the dismissal of the above-referenced matter, including the third-party action, with prejudice and without costs and fees to either party, and to the entry of judgment.

IT IS SO STIPULATED.

_____          Dated: May 28, 2009
Judy D. Snyder, OSB No. 732834
Attorney for Plaintiff

_____          Dated: 5/12, 2009
Stephen L. Madkour, OSB No. 941091
Assistant County Attorney
   Attorneys for Defendants/Third-Party Plaintiffs
   Carmen Montano and Multnomah County

_____          Dated: 5/19/, 2009
Gilberto Pedroso
Third-Party Defendant, *pro se*

IT IS SO ORDERED AND ADJUDGED.

DATED this _____ day of May, 2009.

_____
The Honorable Paul Papak
United States Magistrate Judge

Page 2 – STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE